UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

ANTHONY BUSH,

Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   8/4/2020
```

17 Cr. 611-4 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On August 4, 2020, Defendant moved for compassionate release pursuant to 28 U.S.C. § 3582(c).  ECF No. 678.  It is ORDERED that by **August 11, 2020**, the Government shall file a response.

SO ORDERED.

Dated: August 4, 2020
New York, New York

ANALISA TORRES
United States District Judge