USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: \_\_9/16/2020\_\_

# RICHARD PALMA
ATTORNEY AT LAW
122 EAST 42nd STREET - SUITE 620
NEW YORK, NEW YORK 10168

**MEMBER OF THE BAR**  **TEL. (212) 686-8111**
**NEW YORK & FLORIDA**  **FAX. (212) 202-7800**
E-MAIL: rpalma177@gmail.com

September 9, 2020

The Honorable Analisa Torres, U.S.D.J.
United States District Court
500 Pearl Street Courtroom 15D
New York, N.Y. 100601

Re: U.S. v. Anthony Bush, Dkt. 17 CR 611-04 (AT)

Dear Judge Torres:

As the Court is aware, I was CJA counsel to Anthony Bush on the above indictment. As the Court is also aware, I resumed that representation in connection with Mr. Bush's August 3 motion for compassionate release. I write now to seek appointment, *nunc pro tunc*, to May 7, 2020, so that I may permitted to apply for payment for my services uner the CJA plan.

Thank you.

Respectfully submitted,

s/ Richard Palma

Richard Palma

GRANTED.

SO ORDERED.

Dated: September 16, 2020
       New York, New York

*[signature]*

ANALISA TORRES
United States District Judge