```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:    2/1/2021
```

# RICHARD PALMA
**ATTORNEY AT LAW**
122 EAST 42nd STREET - SUITE 620
NEW YORK, NEW YORK 10168

**MEMBER OF THE BAR**  
**NEW YORK & FLORIDA**

TEL. (212) 686-8111  
FAX. (212) 202-7800  
E-MAIL: rpalma177@gmail.com

February 1, 20201

The Honorable Analisa Torres, U.S.D.J.  
United States District Court  
500 Pearl Street Courtroom 15D  
New York, N.Y. 100601

      **Re:**    **U.S. v. Anthony Bush, Dkt. 17 CR 611-04 (AT)**  
            **Defense Request for CJA Reappointment to Submit**  
            **Second Motion for Reduction of Sentence under 18 USC §3582.**

Dear Judge Torres:

      As the Court is aware, I was CJA counsel to Anthony Bush on the above indictment. Once the COVID-19 pandemic struck BOP prisons, Your Honor re-appointed me in accordance with Mr. Bush's request to file a motion for a reduction of his sentence under 18 USC §3582 (c)(1)(A). See Docket Report. Doc. No. 685. Because the Court was not persuaded that "extraordinary and compelling reasons warrant a reduction of Bush's sentence", the motion was denied. See <u>Id.</u> Doc. No. 681, p. 3. Mr. Bush requests that I resubmit his motion for re-consideration in light of the explosion of COVID-19 cases within the inmate population at his facility. For this reason, I write to Your Honor for this second appointment.

      Thank you.

                                    Respectfully submitted,

                                    s/ Richard Palma

                                    Richard Palma

**GRANTED.**

**SO ORDERED**

Dated: February 1, 2021  
      New York, New York

_____  
**ANALISA TORRES**  
United States District Judge