USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/6/2021_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

-against-

ANTHONY BUSH,

                        Defendant.

17 Cr. 611-4 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court is in receipt of Defendant's amended motion for compassionate release at ECF No. 728. Accordingly, by **May 20, 2021**, the Government shall file its opposition papers. By **May 27, 2021**, Defendant shall file his reply, if any.

    SO ORDERED.

Dated: May 6, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge