

U.S. Department

United States
Southern District

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/24/2021

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

May 24, 2021

**BY ECF**
Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Anthony Bush*, 17 Cr. 611 (AT)

Dear Judge Torres:

    The Government writes, with the consent of defense counsel, to respectfully request a brief extension to file its response to the defendant's renewed motion for compassionate release (the "Motion") (Dkt. No. 728). The Government's opposition was due on May 20, 2021. The Government has received updated medical records from the Bureau of Prisons, which are relevant to the defendant's Motion. The Government respectfully requests until May 27, 2021, to file its response. As noted, defense counsel has consented to this request.

    Respectfully submitted,

    AUDREY STRAUSS
    United States Attorney

    by:  _s/_____
    Alexandra Rothman
    Assistant United States Attorney
    (212) 637-2580

cc: Defense counsel (by ECF)

---

GRANTED. By **May 27, 2021**, the Government shall respond to Defendant's motion. By **June 3, 2021**, Defendant shall file his reply, if any.

SO ORDERED.

Dated: May 24, 2021
      New York, New York

ANALISA TORRES
United States District Judge