Probation Form No. 35
(1/92)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/8/2024

# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

          v.                                               Docket No. 1:17CR00611-04 (AT)

Anthony Bush

On May 3, 2022, the above named was placed on Supervised Release for a period of four (4) years. Mr. Bush has complied with the rules and regulations of Supervised Release, and we believe that a reduction is warranted. It is accordingly recommended that his Supervised Release be reduced by one (1) year.

Respectfully submitted,

by _____
Stephanie Zhang
U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that Anthony Bush be granted one (1) year reduction in his Supervised Release term with a new maximum date of May 2, 2025.

Dated this ___8th___ day of ___May___, 20 _24_ .

_____
Honorable Analisa Torres
U.S. District Judge